UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
    v.                        )
                              )    CR412-086
SABRINA SESBERRY, *et al.*    )
                              )
        Defendants.           )
_____)

## ORDER

Before the Court is the United States' Motion to Amend Final Order of Forfeiture to Add Additional Assets Subject to Forfeiture in the above-styled criminal action. After having read and considered the Motion, the Court finds good cause to amend the Final Order of Forfeiture to add additional assets of $2,040.30 in U.S. Currency, and therefore:

IT IS HEREBY ORDERED and ADJUDGED that the Final Order of Forfeiture on the above-styled criminal action is amended to provide for the additional assets of $2,040.30 in U.S. Currency subject to forfeiture to be included pursuant to Federal Rule of Criminal Procedure 32.2(e)(1)(A).

SO ORDERED this the 8th day of DECEMBER 2020.

_____
HON. WILLIAM T. MOORE, JR. JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA